UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ x | | |
| GARY CHUTE and TERRY MINSHALL,<br>Individually and On Behalf Of All Others<br>Similarly Situated, | : <br> : <br> : <br> : | Civil Action No. 20-cv-04711 |
| Plaintiffs, | : <br> : | CLASS ACTION |
| vs. | : <br> : | |
| BLUE APRON HOLDINGS, INC., MATT<br>SALZBERG, BRADLEY DICKERSON,<br>BENJAMIN C. SINGER, JULIE M.B.<br>BRADLEY, TRACEY BRITT COOL,<br>KENNETH A. FOX, ROBERT P. GOODMAN,<br>GARY R. HIRSHBERG and BRIAN P. KELLEY | : <br> : <br> : <br> : <br> : <br> : <br> : | NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE |
| Defendants. | : | |
| _____ x | | |

Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the Plaintiffs' and their counsel(s) hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendants.

Dated: April 7, 2022

**LAW OFFICES OF CURTIS V. TRINKO**

By:_____/s/ *Curtis V. Trinko*_____

CURTIS V. TRINKO, Esq.

39 Sintsink Drive West, 1st Floor
Port Washington, New York 11050
Telephone: (212) 490-9550
Facsimile: (212) 986-0159
ctrinko@trinko.com

*Kiyo A. Matsumoto, USDJ*
4.7.2022

**HOLZER & HOLZER LLC**
COREY D. HOLZER, Esq.
MARSHALL P. DEES, Esq.
LUKE R. KENNEDY, Esq.
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com
lkennedy@holzerlaw.com

*Attorneys for Plaintiffs*